**Order entered January 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01392-CV**
**No. 05-18-01393-CV**

**IN RE HOWARD HOLLAND, Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422 and 31609-422**

## ORDER

Before the Court is relator's December 31, 2018 "Objection to the State's Response" in which relator objects to the State's response to relator's petition for writ of mandamus and asks this Court to grant his petition. By opinion and order dated December 21, 2018, the Court conditionally granted relator's petition for writ of mandamus. Relator has received the relief requested in the petition and in the December 31, 2018 objection. Accordingly, we **DENY AS MOOT** the relief requested in relator's December 31, 2018 "Objection to the State's Response."

/s/ ADA BROWN
   JUSTICE